**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jason DELBOSQUE, also known as
Jason Del Bosque, Defendant–
Appellant.**

No. 15–1777.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 7, 2015.

Filed: Oct. 13, 2015.

Dustin S. Roberts, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Jose Alfaro, Assistant, Federal Public Defender, Federal Public Defender's Office, Fayetteville, AR, for Defendant–Appellant.

Jason Delbosque, Forrest City, AR, pro se.

Before WOLLMAN, BYE, and GRUENDER, Circuit Judges.

PER CURIAM.

Jason Delbosque directly appeals the sentence the district court[1] imposed after he pled guilty to knowingly transporting a minor in interstate commerce with the intent to engage in criminal sexual activity. His counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that Delbosque's prison term is substantively unreasonable.

Upon review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); *see also* 18 U.S.C. §§ 2423(a), 2260A. Having independently reviewed the record consistent with *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no non-frivolous issues. Accordingly, counsel's motion to withdraw is granted, and the judgment is affirmed.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.